UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJA CHYANNE WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>LINDA C. THOMSON SIMLICK, et al.,<br><br>  Defendants. | No. 2:18-cv-03078-KJM-AC<br><br><br><br>ORDER |

The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 35. The court has reviewed the filing and, upon finding good cause, GRANTS plaintiff's request. The clerk of court is hereby ordered to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

IT IS SO ORDERED.

DATED: January 7, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE