UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJA CHYANNE WILLIAMS, | No. 2:18-cv-03078 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| LINDA THOMSON SIMLICK, et al., | |
| Defendants. | |

The pro se plaintiff has filed a motion to dismiss, expressing her wish to "dismiss this action against all named defendants without prejudice." ECF No. 41 at 1. The court construes this as a notice of voluntary dismissal by the plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Because plaintiff is entitled to dismiss her case at this juncture as of right, this case is DISMISSED without prejudice and all pending motions are VACATED.

IT IS SO ORDERED.

DATED: February 27, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE